UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MIDWEST PILOTS MERGER COMMITTEE, | ) ) ) |
| CARL SCHWERMAN, in his Capacity as Chairperson of the MIDWEST PILOTS MERGER COMMITTEE, | ) ) ) ) ) |
| DONALD TILL, in his Individual Capacity and in his Capacity as Vice Chairperson of the MIDWEST PILOTS MERGER COMMITTEE, | ) ) ) ) |
| and | ) ) |
| MARK E. WARD, | ) ) |
| *Plaintiffs*, | ) ) Civil Action No. |
| v. | ) ) |
| FRONTIER AIRLINES, INC. | ) ) |
| and | ) ) |
| FRONTIER AIRLINE PILOTS ASSOCIATION, | ) ) ) ) |
| *Defendants.* | ) ) |

**DISCLOSURE STATEMENT BY PLAINTIFFS**

In compliance with Local Rule 7.1(a), counsel for plaintiffs files the following Disclosure Statement:

Plaintiffs are:

1. The MIDWEST PILOTS MERGER COMMITTEE (MPMC), an unincorporated association of former Midwest Airline pilots;

2. CARL SCHWERMAN, an individual who is the MPMC's Chairperson;

3. DONALD TILL, an individual who is the MPMC's Vice-Chairperson; and

4. MARK E. WARD, a former Midwest Airline pilot who is currently employed by defendant Frontier Airlines, Inc.

Only the undersigned's law firm will appear in as counsel for plaintiffs.

Respectfully Submitted,

_____
John O'B. Clarke, Jr.
HIGHSAW, MAHONEY & CLARKE, P.C.
4142 Evergreen Drive
Fairfax, Virginia 22032-1018
Phone: (202) 296-8500
Fax: (202) 296-7143
Email: jclarke@highsaw.com

Date: November 17, 2014                Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 17th day of November, 2014, caused a copy of the foregoing Disclosure Statement to be served upon counsel for defendants by mailing a copy of this statement electronically to the following:

Robert A. Siegel
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, California 90071-2899
rsiegel@omm.com

and

Wesley G. Kennedy
Allison, Slutsky & Kennedy, P.C.
230 West Monroe Street, Suite 2600
Chicago, Illinois 60606
kennedy@ask-attorneys.com

/s/ John O'B. Clarke, Jr.
John O'B. Clarke, Jr.