**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

| | | |
|---|---|---|
| **MIDWEST PILOTS MERGER COMMITTEE,** | ) | |
| | ) | |
| **CARL SCHWERMAN, in his Capacity as Chairperson of the MIDWEST PILOTS MERGER COMMITTEE,** | ) | |
| | ) | |
| **DONALD TILL, in his Individual Capacity and in his Capacity as Vice Chairperson of the MIDWEST PILOTS MERGER COMMITTEE,** | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| **MARK E. WARD,** | ) | |
| | ) | |
| *Plaintiffs*, | ) | **Civil Action No.** |
| | ) | |
| *v.* | ) | |
| | ) | |
| **FRONTIER AIRLINES, INC.** | ) | |
| | ) | |
| *and* | ) | |
| | ) | |
| **FRONTIER AIRLINE PILOTS ASSOCIATION,** | ) | |
| | ) | |
| *Defendants.* | ) | |

**CORRECTED DISCLOSURE STATEMENT BY PLAINTIFFS**

In compliance with Local Rule 7.1(a), counsel for plaintiffs files the following Disclosure

Statement:

Plaintiffs are:

    1.    The MIDWEST PILOTS MERGER COMMITTEE (MPMC), an unincorporated association of former Midwest Airline pilots;

    2.    CARL SCHWERMAN, an individual who is the MPMC's Chairperson;

3.     DONALD TILL, an individual who is the MPMC's Vice-Chairperson; and

4.     MARK E. WARD, a former Midwest Airline pilot who is currently employed by defendant Frontier Airlines, Inc.

Only the undersigned's law firm will appear in this case as counsel for plaintiffs.

Respectfully Submitted,


_____/s/ John O'B. Clarke, Jr._____
John O'B. Clarke, Jr.
HIGHSAW, MAHONEY & CLARKE, P.C.
4142 Evergreen Drive
Fairfax, Virginia 22032-1018
Phone: (202) 296-8500
Fax: (202) 296-7143
Email: jclarke@highsaw.com

Date: November 18, 2014                    Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 18th day of November, 2014, caused a copy of the foregoing

Corrected Disclosure Statement to be served upon counsel for defendants by mailing a copy of this

statement electronically to the following:

> Robert A. Siegel
> O'Melveny & Myers LLP
> 400 South Hope Street
> Los Angeles, California 90071-2899
> rsiegel@omm.com

and

> Wesley G. Kennedy
> Allison, Slutsky & Kennedy, P.C.
> 230 West Monroe Street, Suite 2600
> Chicago, Illinois 60606
> kennedy@ask-attorneys.com

     /s/ John O'B. Clarke, Jr.     
John O'B. Clarke, Jr.

-3-