**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF WISCONSIN**

Midwest Pilots Merger Committee, et al.

      Plaintiffs

      v.                           Case No. 2:14-CV-01441-RTR

Frontier Airlines, Inc. and Frontier Airline
Pilots Association

      Defendants.

---

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Wesley G. Kennedy of Allison, Slutsky & Kennedy, P.C., whose address is 230 W Monroe Street, Suite 2600, Chicago, Illinois 60606, hereby enters his appearance on behalf of Defendant Frontier Airline Pilots Association. All pleadings and other documents should be served upon them by ECF or at the foregoing address.

Dated:  December 9, 2014

                                Respectfully submitted,

                                By:      /s/ Wesley G. Kennedy
                                        Wesley Kennedy
                                        Illinois Bar Number: 6188089
                                        Allison, Slutsky & Kennedy, P.C.
                                        230 West Monroe Street
                                        Suite 2600
                                        Chicago, Illinois 60606
                                        Telephone: (312) 364-9400
                                        Facsimile: (312) 364-9410
                                        E-mail: kennedy@ask-attorneys.com