UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MIDWEST PILOTS MERGER COMMITTEE,

CARL SCHWERMAN, in his Capacity as Chairperson of the MIDWEST PILOTS MERGER COMMITTEE,

DONALD TILL, in his Individual Capacity and in his Capacity as Vice Chairperson of the MIDWEST PILOTS MERGER COMMITTEE,

and

MARK E. WARD,

       Plaintiffs,

  v.

FRONTIER AIRLINES, INC.

and

FRONTIER AIRLINE PILOTS ASSOCIATION,

       Defendants.

Case No. 14-cv-01441-RTR

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jennifer L. Ciralsky, on behalf of the law firm of Littler Mendelson, P.C., has been retained by and appears for the Defendant Frontier Airlines, Inc., in the above-captioned action, and requests that copies of all documents in this action subsequent to this Notice of Appearance be served upon Jennifer L. Ciralsky, at the address provided below.

Dated: December 11, 2014.

/s/ Jennifer L. Ciralsky
Jennifer L. Ciralsky
LITTLER MENDELSON, P.C.
111 East Kilbourn Avenue, Suite 1000
Milwaukee, Wisconsin 53202
Telephone: 414-291-5539
Facsimile: 414-291-5526
jciralsky@littler.com

ATTORNEYS FOR DEFENDANTS,
FRONTIER AIRLINES, INC.

Firmwide:130568450.1 999999.2952