UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MIDWEST PILOTS MERGER COMMITTEE,<br><br>CARL SCHWERMAN, in his Capacity as Chairperson of the MIDWEST PILOTS MERGER COMMITTEE,<br><br>DONALD TILL, in his Individual Capacity and in his Capacity as Vice Chairperson of the MIDWEST PILOTS MERGER COMMITTEE,<br><br>and<br><br>MARK E. WARD,<br><br>   Plaintiffs**,**<br><br> v.<br><br>FRONTIER AIRLINES, INC.<br><br>and<br><br>FRONTIER AIRLINE PILOTS ASSOCIATION,<br><br>   Defendants. | Case No. 14-cv-01441-RTR |

## CORPORATE DISCLOSURE STATEMENT FOR DEFENDANT FRONTIER AIRLINES, INC.

  Defendant, FRONTIER AIRLINES, INC. ("Frontier"), by its attorneys, Littler Mendelson, P.C., hereby submits its Corporate Disclosure Statement in compliance with Federal Rule of Civil Procedure 7.1 and Civil L.R. 7.1, hereby makes the following disclosures:

1. Frontier, a Colorado corporation, is a wholly-owned subsidiary of Frontier Airlines Holdings, Inc., a Delaware corporation, which is a wholly-owned subsidiary of Falcon Acquisition Group, Inc., a Delaware corporation. No publicly-held corporation owns 10% or more of Frontier's shares.

2. Littler Mendelson, P.C. represents Frontier in the above-captioned matter. Frontier expects O'Melveny & Myers LLP to also enter a Notice of Appearance in this matter.

Respectfully submitted this 11th day of December, 2014.

  /s Jennifer L. Ciralsky
Jennifer L. Ciralsky, SBN 1068092
**LITTLER MENDELSON, P.C.**
111 East Kilbourn Avenue, Suite 1000
Milwaukee, Wisconsin 53202-4108
Tel: 414.291.5536
Email: jciralsky@littler.com

**ATTORNEYS FOR DEFENDANT**

Firmwide:130569051.1 999999.2952