IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

---

Midwest Pilots Merger Committee, et al.

      Plaintiffs

      v.                                    Case No. 2:14-CV-01441-RTR

Frontier Airlines, Inc. and Frontier Airline
Pilots Association

      Defendants.

---

## LOCAL RULE 7.1 DISCLOSURE STATEMENT
## OF DEFENDANT FRONTIER AIRLINE PILOTS ASSOCIATION

      Pursuant to Civil Local Rule 7.1, undersigned counsel for defendant Frontier Airline Pilots Association submits the following disclosure statement:

      1.    Undersigned counsel represents defendant Frontier Airline Pilots Association ("FAPA") in this matter. FAPA is an unincorporated association and labor organization.

      2.    FAPA is not a corporation.

      3.    The names of all law firms whose attorneys will appear, or are expected to appear, for FAPA in this Court are: Allison, Slutsky & Kennedy, P.C.

      Dated:  December 12, 2014

                                                      Respectfully submitted,

                                                      By:     /s/ Wesley G. Kennedy
                                                                     Wesley Kennedy
                                                                     Illinois Bar Number: 6188089
                                                                     Allison, Slutsky & Kennedy, P.C.
                                                                     230 West Monroe Street
                                                                     Suite 2600
                                                                     Chicago, Illinois 60606
                                                                     Telephone: (312) 364-9400
                                                                     Facsimile: (312) 364-9410
                                                                     E-mail: kennedy@ask-attorneys.com

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that, on December 12, 2014, a true and correct copy of foregoing Disclosure Statement was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

      /s/ Wesley G. Kennedy

      Counsel for Defendant Frontier Airline Pilots Association