IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
_____

Midwest Pilots Merger Committee, et al.

       Plaintiffs

    v.                                                                     Case No. 2:14-CV-01441-RTR

Frontier Airlines, Inc. and Frontier Airline
Pilots Association

       Defendants.
_____

**DEFENDANT FRONTIER AIRLINE PILOTS ASSOCIATION'S
MOTION TO DISMISS COMPLAINT**

    Defendant Frontier Airline Pilots Association moves pursuant to Sections 12(b)(1) and (6) of the Rules of Federal Civil Procedure to dismiss Plaintiffs' Complaint. This Motion is supported by the Memorandum of Defendant Frontier Airline Pilots Association in Support of Motion to Dismiss, filed concurrently herein, and the Declaration of Wesley Kennedy and the Exhibits thereto.

                                                                    Respectfully submitted,

                                                    By:    /s/  Wesley G. Kennedy
                                                             Counsel for Defendant Frontier Airline
                                                              Pilots Association

                                                             Wesley Kennedy (Illinois Bar No. 6188089)
                                                             Ryan M. Thoma (Illinois Bar No. 6314134)
January 16, 2015                            Allison, Slutsky & Kennedy, P.C.
                                                             230 West Monroe Street
                                                             Suite 2600
                                                              Chicago, Illinois 60606
                                                              Telephone: (312) 364-9400
                                                              Facsimile: (312) 364-9410
                                                              E-mail: kennedy@ask-attorneys.com

# CERTIFICATE OF SERVICE

       The undersigned certifies that, on January 16, 2015, a true and correct copy of foregoing Disclosure Statement was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

                                        /s/ Wesley G. Kennedy

                                        Counsel for Defendant Frontier Airline Pilots Association