IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

Midwest Pilots Merger Committee, et al.

       Plaintiffs

    v.                                       Case No. 2:14-CV-01441-RTR

Frontier Airlines, Inc. and Frontier Airline
Pilots Association

       Defendants.

_____

## DECLARATION OF WESLEY KENNEDY

WESLEY KENNEDY hereby declares, under penalty of perjury, that the following facts are true and correct.

1. I am a shareholder in the law firm of Allison, Slutsky & Kennedy, P.C. of Chicago, Illinois. I am a member of the bar of this Court, and am counsel of record for defendant Frontier Airline Pilots Association ("FAPA") in this matter. This Declaration is submitted in support of FAPA's Dated: January 16, 2015 Motion to Dismiss Complaint.

2. Exhibit 1 here to consists of true and correct copies of Sections 1, 3, 12, and 14, and Letters of Agreement 39, 67, and 71, of the collective bargaining agreement between FAPA and defendant Frontier Airlines, Inc. ("Frontier").

3. Exhibit 2 hereto is a true and correct copy of the the February 19, 2011 Award of Arbitrator Dana E. Eischen.

4. Exhibit 3 hereto is a true and correct copy of my October 10, 2014 letter to Arbitrator Eischen, including the enclosures thereto which were not included in the Exhibits to the Complaint.

1

(See Compl. Exh. 8.)

          /s/ Wesley Kennedy

Wesley Kennedy

Dated: January 16, 2015

## CERTIFICATE OF SERVICE

       The undersigned certifies that, on January 16, 2015, the foregoing Declaration of Wesley Kennedy, and the Exhibits thereto, was filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record in this matter.

                                              /s/ Wesley Kennedy
                                              Counsel for Defendant Frontier Airline
                                              Pilots Association