# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

MIDWEST PILOTS MERGER COMMITTEE,

CARL SCHWERMAN, in his Capacity as
Chairperson of the MIDWEST PILOTS
MERGER COMMITTEE,

DONALD TILL, in his Individual Capacity and in
his Capacity as Vice Chairperson of the
MIDWEST PILOTS MERGER COMMITTEE,

and

MARK E. WARD,

               Plaintiffs,

          -against-

FRONTIER AIRLINES, INC.,

and

FRONTIER AIRLINE PILOTS ASSOCIATION,

              Defendants.

Case No. 14-cv-01441-RTR

---

## FRONTIER AIRLINES, INC.'S MOTION TO DISMISS PLAINTIFFS' COMPLAINT

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Frontier Airlines, Inc. ("Frontier") hereby moves for an order dismissing with prejudice the claims against it in the Complaint filed by Plaintiffs Midwest Pilots Merger Committee, Carl Schwerman, Donald Till, and Mark E. Ward (collectively, "Plaintiffs") for failure to state a claim upon which relief can be granted.

WHEREFORE, Frontier respectfully requests that the Court enter an order dismissing Plaintiffs' claims against Frontier with prejudice for failure to state a claim upon which relief can be granted.

Dated: January 16, 2015

Respectfully submitted,

/s/ Jennifer L. Ciralsky
Jennifer L. Ciralsky (SBN 1068092)
LITTLER MENDELSON, P.C.
111 East Kilbourn Avenue, Suite 1000
Milwaukee, Wisconsin 53202-4108
Telephone: (414) 291-5536
Facsimile: (414) 291-5526
E-mail: jciralsky@littler.com

Robert A. Siegel
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
E-mail: rsiegel@omm.com

Mark W. Robertson
O'MELVENY & MYERS LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone: (212) 326-2000
Facsimile: (213) 326-2061
E-mail: mrobertson@omm.com

*Attorneys for Frontier Airlines, Inc.*