UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MIDWEST PILOTS MERGER COMMITTEE,

CARL SCHWERMAN, in his Capacity as
Chairperson of the MIDWEST PILOTS
MERGER COMMITTEE,

DONALD TILL, in his Individual Capacity and in
his Capacity as Vice Chairperson of the
MIDWEST PILOTS MERGER COMMITTEE,

and

MARK E. WARD,

        Plaintiffs,

    -against-

FRONTIER AIRLINES, INC.,

and

FRONTIER AIRLINE PILOTS ASSOCIATION,

        Defendants.

Case No. 14-cv-01441-RTR

## [PROPOSED] ORDER

Upon consideration of Defendant Frontier Airlines, Inc.'s Motion to Dismiss Plaintiffs' Complaint, it is hereby ORDERED that, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, the Motion is GRANTED, and the Complaint is dismissed with prejudice.

BY THE COURT:

_____
Honorable Rudolph T. Randa