# EXHIBIT E



**NATIONAL MEDIATION BOARD**
WASHINGTON, DC 20572

(202) 692-5000

| | |
|---|---|
| In the Matter of the<br><br>REPRESENTATION OF EMPLOYEES<br><br>of<br><br>REPUBLIC AIRLINES, ET AL./FRONTIER<br><br>Pilots | 38 NMB No. 56<br><br>CASE NO. R-7284<br><br>CERTIFICATION<br><br>June 28, 2011 |

The services of the National Mediation Board (Board) were invoked by the International Brotherhood of Teamsters (IBT) on October 4, 2010, to investigate and determine who may represent for the purposes of the Railway Labor Act (RLA), as provided by Section 2, Ninth, thereof, personnel described as "Pilots," employees of Republic Airlines et al./Frontier (Carrier).

At the time this application was received, these employees were represented in part by the Frontier Airline Pilots Association, the Air Line Pilots Association, the United Transportation Union, and the IBT.

The Board assigned Investigator Cristina A. Bonaca to investigate.

### FINDINGS

The investigation disclosed that a dispute existed among the craft or class of Pilots, and by direction of the Board, the Investigator was instructed to conduct an election to determine the employees' representation choice.

The following is the result of the election as reported by Investigator Bonaca.

| Election Results for Pilots ||
|---|---|
| Eligible Employees | 2,946 |
| Total Valid Votes | 2,463 |
| IBT | 1,692 |
| Other | 747 |
| Void | 1 |
| "No" Votes | 24 |

The Board further finds that: the Carrier and employees in this case are, respectively, a Carrier and employees within the meaning of the RLA, as amended; this Board has jurisdiction over the dispute involved herein; and the interested parties, as well as the Carrier, were given due notice of the Board's investigation.

CERTIFICATION

NOW, THEREFORE, in accordance with Section 2, Ninth, of the RLA, as amended, and based upon its investigation pursuant thereto, the Board certifies that the International Brotherhood of Teamsters has been duly designated and authorized to represent for the purposes of the RLA, as amended, the craft or class of Pilots, employees of Republic Airlines et al./Frontier, its successors and assigns.

By direction of the NATIONAL MEDIATION BOARD.

*Mary L. Johnson*

Mary L. Johnson
General Counsel