UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **MIDWEST PILOTS MERGER COMMITTEE,** **CARL SCHWERMAN,** **DONALD TILL,** and **MARK E. WARD,** *Plaintiffs,* v. **FRONTIER AIRLINES, INC.** and **FRONTIER AIRLINE PILOTS ASSOCIATION,** *Defendants.* | Civil Action No. 2:14-cv-01441-RTR |

## ORDER

Upon consideration of an Unopposed Motion By Plaintiffs for an extension of time in which to file their oppositions to defendants' separate motions to dismiss, and it appearing to the Court that the motion should be granted, it is hereby

***ORDERED***, that plaintiffs' motion for a four day extension of time in which to file their responses to defendants' motions to dismiss is GRANTED and plaintiffs' responses are now due to be filed on or before February 13, 2015.

Dated: February 9, 2015

_____
United States District Judge