

# Frontier Airline Pilots Association

January 5, 2015

TO:    Gary Drska
         Dan Norden
         Marty Burian
         Mark Ward
         Tom Daniels

RE: System Board of Adjustment

Gentlemen:

We previously notified you that, although FAPA has no contractual, statutory or other obligation to submit your grievances to a System Board of Adjustment, based on the unique circumstances of this case and on a non-precedential basis FAPA would submit your grievances to the System Board of Adjustment under Section 14.C. of the CBA; and that, although the CBA does not so provide, based on the unique circumstances of this case and on a non-precedential basis FAPA would not oppose a request by some or all of you to appear before the System Board of Adjustment, separately from and in addition to FAPA, with legal representation if you so request. The System Board of Adjustment would otherwise be administered in accordance with the CBA.

As you know, FAPA has submitted the grievances to the System Board of Adjustment. FAPA and the Company have agreed to waive the deadline for the conduct of the System Board hearing under Section 14.E.1 of the CBA. The System Board of Adjustment hearing has been scheduled for <u>March 18 and 19, 2015</u>, in Denver, Colorado. As previously indicated, FAPA will not oppose a request by some or all of you to appear before the System Board of Adjustment, separately from and in addition to FAPA, with legal representation if you so request. Please advise us promptly whether you intend to avail yourself of that opportunity.

FAPA has also received a request, through your counsel, that the System Board of Adjustment be bypassed pursuant to Section 14.D.2. of the CBA. FAPA declines to depart in that manner from the established System Board of Adjustment process. In the alternative, your counsel has requested that the FAPA-designated members of the System Board of Adjustment to deadlock the grievances with the Company's representatives.

FAPA also declines that request. Among other things, Section 14.A.6 of the CBA expressly requires that members of the System Board act independently:

> "Independent SBA Members. It is understood and agreed that each and every SBA Member shall be free to discharge their duty in an independent manner, without fear that their relations with the Company or Association may be affected in any manner by such action taken by them in good faith in their capacity as an SBA Member."

Compliance with the CBA System Board of Adjustment process, with the added accommodations in this case, more than fulfills the Association's obligations in this matter.

As indicated, please advise FAPA whether you request that some or all of you intend to appear before the System Board of Adjustment, separately from and in addition to FAPA; and whether you intend to do so with separate legal representation

Very truly yours,

Brian Ketchum
President

cc: Jackie Peter
    FAPA Officers
    Wesley Kennedy, Esq.
    Joseph Goldhammer, Esq.