


# AGREEMENT
Between
Frontier Airlines, Inc.
and
the Airline Pilots
in the Service of
Frontier Airlines, Inc.
as Represented by the
Frontier Airline Pilots Association





# TABLE OF CONTENTS

9/15 Page 2 of 11 Document 24-14

## Section 1 Recognition and Job Securities

RECOGNITION . . . . . 1
PURPOSE OF AGREEMENT . . . . . 1
AMENDMENTS TO AGREEMENT . . . . . 1
SEPARABILITY . . . . . 2
DEFINITIONS . . . . . 2
SCOPE . . . . . 3
MERGER PROTECTION . . . . . 5
SUCCESSORSHIP . . . . . 6
NOTICE . . . . . 6
HOLD HARMLESS . . . . . 6
REOPENER . . . . . 7
MANAGEMENT RIGHTS . . . . . 7
EXPEDITED ARBITRATION . . . . . 8

## Section 2 General

UNIFORMS . . . . . 1
PARKING . . . . . 1
PASS PRIVILEGES . . . . . 1
JUMPSEAT . . . . . 2
MANUALS . . . . . 2
NEW HIRES . . . . . 3
CREW HOTEL ACCOMMODATIONS . . . . . 3
COPIES OF THE AGREEMENT . . . . . 4
EMERGENCY RESPONSE . . . . . 5
PRUDENT JUDGMENT POLICY . . . . . 5
FLIGHT DATA . . . . . 6
BIDDING METHOD . . . . . 6

## Section 3 Seniority

GENERAL . . . . . 1
SENIORITY LIST . . . . . 1
PROTEST . . . . . 1
PROBATION . . . . . 2
SENIORITY RIGHTS . . . . . 2
SENIORITY RIGHTS FOR RETIRED PILOTS . . . . . 2

## Section 4 Compensation

LONGEVITY . . . . . 1
AIRCRAFT CATEGORIES . . . . . 1
APPLICABLE PAY IN POSITION . . . . . 1
PILOT HOURLY PAY RATES . . . . . 1
PAY PERIODS . . . . . 4
FLIGHT PAY CREDIT . . . . . 4





MINIMUM GUARANTEES AND RULES (RIGS) . . . . . 5
REASSIGNMENT PAY . . . . . 5
CANCELLATION PAY . . . . . 6
DISPLACEMENT PAY . . . . . 6
SHOW PAY . . . . . 6
TAXI PAY (Modified by LOAs 04, 06 and 16 for DFW Operations) . . . . . 6
TRAINING PAY . . . . . 7
RESERVE PAY . . . . . 8
VACATION PAY . . . . . 9
MISCELLANEOUS PAY . . . . . 9
COMPANY BONUS PROGRAMS . . . . . 9
EXPENSES AWAY FROM DOMICILE . . . . . 9

**Section 5 Scheduling**

GENERAL . . . . . 1
SYSTEM SCHEDULING COMMITTEE (SSC) . . . . . 2
TELEPHONE RECORDINGS . . . . . 3
CREW UTILIZATION REPORT (by Position if requested and available) . . . . . 3
ELIGIBILITY TO BID MONTHLY LINES OF FLYING . . . . . 4
BIDDING MONTHLY LINES OF FLYING . . . . . 6
BIDDING RECURRENT GROUND TRAINING . . . . . 7
TIMETABLE . . . . . 8
MONTH TO MONTH TRANSITION . . . . . 9
HOURS OF SERVICE . . . . . 9
DAILY TIMELINE . . . . . 16
OPEN TIME - GENERAL . . . . . 16
MONTHLY OPEN TIME (MOT) PROCEDURES . . . . . 22
RELIEF/RESERVE LINES . . . . . 23
DAILY OPEN TIME (DOT) PROCEDURES . . . . . 24
REASSIGNMENT . . . . . 28
RESERVE - GENERAL . . . . . 30
RESERVE - LONG/MEDIUM CALL . . . . . 34
RESERVE - SHORT CALL . . . . . 35
RESERVE DROP/TRADE/SWAP . . . . . 38
VOLUNTARY JUNIOR ASSIGNMENT (VJA) . . . . . 40
JUNIOR ASSIGNMENT (JA) . . . . . 40
DISPLACEMENTS . . . . . 42
DECLARED IRREGULAR OPERATIONS . . . . . 42

**Section 6 Staffing Adjustments**

GENERAL . . . . . 1
EFFECTIVE DATE . . . . . 2
MASTER BID . . . . . 2
VACANCIES . . . . . 3
DISPLACEMENTS . . . . . 3
DOMICILE TRADE . . . . . 4
DOMICILE CLOSURE . . . . . 5

**Section 7 Moving Expenses**

Case 2:14-cv-01441-RTR Filed 02/0

**Section 8 Vacations**

GENERAL . . . . 1
ACCRUAL . . . . 1
VACATION BIDDING . . . . 1
OPEN TIME . . . . 2
VACATION TRADES /SWAPS . . . . 3
VACATION OVERLAP/ SLIDE OR TRIP INTERFERENCE . . . . 3
CANCELLED VACATIONS . . . . 4
CHANGE OF POSITION . . . . 4
VACATION BID PERIODS . . . . 5

**Section 9 Leaves of Absence**

9/15 Page 4 of 11 Document 24-14

GENERAL . . . . 1
ASSOCIATION LEAVE OF ABSENCE . . . . 1
BEREAVEMENT LEAVE OF ABSENCE . . . . 2
COMPANY OFFERED LEAVE OF ABSENCE (COLA) . . . . 3
EMERGENCY LEAVE OF ABSENCE . . . . 3
FAMILY AND MEDICAL LEAVE OF ABSENCE (FMLA) . . . . 4
JURY DUTY/WITNESS LEAVE OF ABSENCE . . . . 5
MATERNITY LEAVE OF ABSENCE . . . . 5
MEDICAL LEAVE OF ABSENCE . . . . 6
MILITARY LEAVE OF ABSENCE . . . . 8
PERSONAL LEAVE OF ABSENCE . . . . 9
VOLUNTARY LONG TERM LEAVE OF ANSENCE (VLOA) . . . . 10
ACCRUALS AND PAY . . . . 14

**Section 10 On-The-Job Injuries**

**Section 11 Insurance, Aeromedical, and Long-Term Disability Benefits**

HEALTH AND WELFARE BENEFITS . . . . 1
AEROMEDICAL . . . . 1
LONG TERM DISABILITY . . . . 1

**Section 12 Dispute and Grievance**

GENERAL . . . . 1
DISPUTE RESOLUTION. . . . . 1
TIME LIMITS . . . . 1
FIRST LEVEL OF GRIEVANCE - ASSOCIATION GRIEVANCE TO THE FRONTIER AIRLINES, INC. SENIOR MANGER OF LABOR RELATIONS (“SENIOR MANAGER OF LABOR RELATIONS”). . . . . 2
SECOND LEVEL OF GRIEVANCE - ASSOCIATION APPEAL TO THE FRONTIER AIRLINES, INC. VICE PRESIDENT OF LABOR RELATIONS (“VICE PRESIDENT OF LABOR RELATIONS”) . . . . 3
THIRD LEVEL OF GRIEVANCE - APPEAL TO THE SYSTEM BOARD OF ADJUSTMENT . . . . 4

**Section 13 Investigation and Discipline**

GENERAL . . . . 1
TIME LIMITS FOR COMPANY TO INITIATE DISCIPLINARY PROCEDURES . . . . 2




RECORD KEEPING . . . . . . . . . . 3
HEARING. . . . . . . . . . 4
COMPANY DECISION . . . . . . . . . . 5
ASSOCIATION APPEAL . . . . . . . . . . 6

**Section 14 System Board of Adjustment**

GENERAL . . . . . . . . . . 1
COMPOSITION AND APPOINTMENTS TO SBA . . . . . . . . . . 3
REFERRALS TO THE SBA. . . . . . . . . . 3
SETTLEMENT, MEDIATION AND SBA BYPASS MEETING. . . . . . . . . . 4
SBA HEARING DATE AND NOTIFICATION . . . . . . . . . . 4
DOCUMENTATION, INFORMATION AND WITNESS LIST. . . . . . . . . . 5
REPRESENTATION . . . . . . . . . . 5
ORDER OF PRESENTATION, EVIDENCE AND WITNESSES. . . . . . . . . . 5
SBA DECISION . . . . . . . . . . 6
DEADLOCK . . . . . . . . . . 6

**Section 15 Sick Leave**

GENERAL . . . . . . . . . . 1
SICK LEAVE ACCRUAL/CREDIT . . . . . . . . . . 2
USE OF SICK LEAVE. . . . . . . . . . 2
NOTIFICATION . . . . . . . . . . 3
RETURN TO WORK. . . . . . . . . . 3

**Section 16 Retirement**

EMPLOYEE STOCK OWNERSHIP PLAN OF FRONTIER AIRLINES, INC. (ESOP) 1
FRONTIER AIRLINES, INC. RETIREMENT SAVINGS PLAN-401(K) . . . . . . . . . . 1
DEFINED CONTRIBUTION ("DC") PLAN . . . . . . . . . . 4
RETIREE PASS BENEFITS . . . . . . . . . . 4
RETIREE MEDICAL . . . . . . . . . . 5

**Section 17 Missing, Internment, Prisoner of War, Hostage, or Hijacking Benefits**

**Section 18 No-Bid and Management Pilots**

GENERAL . . . . . . . . . . 1
MANAGEMENT PILOTS . . . . . . . . . . 1
DOUBLE BID SYSTEM . . . . . . . . . . 2
NO-BID PILOTS . . . . . . . . . . 2

**Section 19 Reduction in Force, Furlough, and Recall**

GENERAL . . . . . . . . . . 1
CREW REDUCTION. . . . . . . . . . 1
NOTICE OF FURLOUGH . . . . . . . . . . 1
FURLOUGH PAY AND BENEFITS . . . . . . . . . . 2
RECALL FROM FURLOUGH . . . . . . . . . . 2
INFORMATION DISTRIBUTION. . . . . . . . . . 3
JUMPSEAT AND PASS PRIVILEGES WHILE ON FURLOUGH. . . . . . . . . . 3
CONSIDERATION FOR CONTINUED EMPLOYMENT . . . . . . . . . . 3





## Section 20 Training

GENERAL . . . . . . . . . . 1
SCHEDULING OF TRAINING EVENTS . . . . . . . . . . 3
BIDDING FOR TRAINING . . . . . . . . . . 6
PAY DURING TRAINING . . . . . . . . . . 6
PERFORMANCE STANDARDS . . . . . . . . . . 6
RECURRENT LINE CHECKS . . . . . . . . . . 12

## Section 21 Dues Check-Off and Union Security

CHECK-OFF . . . . . . . . . . 1
DUES CHECK-OFF FORM . . . . . . . . . . 2
AGENCY SHOP CHECK-OFF FORM . . . . . . . . . . 3
AGENCY SHOP . . . . . . . . . . 4

9/15 Page 6 of 11 Document 24-14

## Section 22 Medical Standards

## Section 23 Definitions

## Section 24 Duration and termination

## Appendix 1 Seniority List

Retired PILOTS WITH SENIORITY RIGHTS . . . . . . . . . . 19

## Appendix 2 Panel of Arbitrators

## Appendix 3 Reserve Assignment Flow Chart

## Appendix 4 Question and Answer

SECTION 1 . . . . . . . . . . 1
SECTION 2 . . . . . . . . . . 2
SECTION 3 . . . . . . . . . . 2
SECTION 4 . . . . . . . . . . 2
SECTION 6 . . . . . . . . . . 5
SECTION 7 . . . . . . . . . . 5
SECTION 8 . . . . . . . . . . 5
SECTION 9 . . . . . . . . . . 6
SECTION 10 . . . . . . . . . . 7
SECTION 11 . . . . . . . . . . 7
SECTION 12 . . . . . . . . . . 7
SECTION 13 . . . . . . . . . . 7
SECTION 14 . . . . . . . . . . 7
SECTION 15 . . . . . . . . . . 8
SECTION 16 . . . . . . . . . . 8
SECTION 17 . . . . . . . . . . 8
SECTION 18 . . . . . . . . . . 8
SECTION 19 . . . . . . . . . . 8
SECTION 20 . . . . . . . . . . 8
SECTION 21 . . . . . . . . . . 8

## Appendix 5 Waiver Table







9/15 Page 7 of 11 Document 24-14

# SECTION 21

## DUES CHECK-OFF AND UNION SECURITY

A. CHECK-OFF

1. The Company shall allow the deduction of Association Membership Dues or Agency Shop Fees from a Pilot's paycheck provided such Pilot voluntarily executes 1 of the following agreed upon forms known as the "Check-Off Form", which shall be prepared and furnished by the Association.
2. The Company shall remit to the Association by check, or other suitable means (acceptable to both the Company and the Association), all dues and Agency Fees collected as soon as possible after the pay date on which the deduction was made.
3. The Company remittance of Association Membership Dues and Agency Fees to the Association shall be accompanied by a list of names, employee numbers, and amounts of deductions for each Pilot for whom deductions have been made in that particular pay period.

*Dues may be automatically deducted from paychecks and submitted to the Association by the Company.*








B. DUES CHECK-OFF FORM

Assignment and Authorization for
Check-off of Association Dues
for the Frontier Airline Pilots Association

To: Frontier Airlines

I,____________________________, hereby assign the Frontier Airline Pilots Association my Association dues from any wages earned or to be earned by me as your employee. I authorize and direct you to deduct from my pay each pay period Association Membership Dues in the amount of 1.5% of my gross pay (or such monthly Dues as may hereafter be established in accordance with the Constitution of the Frontier Airline Pilots Association).

This assignment, authorization and direction may be revoked by me in writing at any time after the expiration of 1 year from the date hereof, or upon the termination date of the Dues Check-Off Agreement between the Company and the Association, whichever occurs sooner.

Signature of Employee ________________________________

Date ____________________ Employee #________________

Domicile _________________

Any notice of revocation as set forth in the Association Check-Off Form must be in writing, signed by the Pilot, and delivered by certified mail addressed to the Frontier Airlines payroll department, with a copy to the Secretary/ Treasurer of the Frontier Airline Pilots Association. Dues Check-Off Forms and notices received by the Company shall be stamp-dated on the date received.

The Company shall remit to the Association a check for payment of all dues collected as soon as possible after the pay date on which the deduction was made. The Company remittance of Association membership dues to the Association shall be accompanied by a list of names, employee numbers and amounts of deductions for each Pilot for whom deductions have been made in that particular pay period.

Case 2:14-cv-01441-RTR Filed 02/0

C. AGENCY SHOP CHECK-OFF FORM

Assignment And Authorization for
Check-Off of Association Agency Shop Fees
for the Frontier Airline Pilots Association

To: Frontier Airlines

I,______________________________, hereby assign the Frontier Airline Pilots Association my Agency Shop Fees from any wages earned or to be earned by me as your employee. I authorize and direct you to deduct from my pay each pay period Agency Shop Fees in the amount of 1.5% of my gross pay (or such monthly Fees as may hereafter be established in accordance with the Constitution of the Frontier Airline Pilots Association).

9/15 Page 9 of 11 Document 24-14

This assignment, authorization and direction may be revoked by me in writing at any time after the expiration of 1 year from the date hereof, or upon the termination date of the Agency Shop Check-Off Agreement between the Company and the Association, whichever occurs sooner.

Signature of Employee ___________________________________

Date ______________________ Employee #_________________

Domicile ___________________

Any notice of revocation as set forth in the Agency Shop Check-Off Form must be in writing, signed by the Pilot, and delivered by certified mail addressed to the Company payroll department, with a copy to the Secretary/Treasurer of the Frontier Airline Pilots Association. Agency Shop Check-Off Forms and notices received by the Company shall be stamp-dated on the date received.

The Company shall remit to the Association a check for payment of all Fees collected as soon as possible after the pay date on which the deduction was made. The Company remittance of Agency Shop Fees to the Association shall be accompanied by a list of names, employee numbers and amounts of deductions for each Pilot for whom deductions have been made in that particular pay period.







D. AGENCY SHOP

*Dues start 30 days after off Probation.*

1. Each Pilot of the Company covered by this Agreement who fails to voluntarily acquire or maintain membership in the Association shall be required, as a condition of employment, beginning 30 days after the effective date of this Agreement or 30 days after the completion of the Pilot's Probationary Period, whichever is later, to pay the Association each pay period a service charge as a contribution for the administration of the Agreement and the representation of such Pilot. This service charge shall be an amount equal to the Association's regular monthly dues, initiation fees, and periodic assessments that would normally be required to be paid by such Pilot if they were a member.

*Delinquent Pilots must pay within 15 days of notice or shall be discharged.*

2. If any Pilot of the Company covered by this Agreement becomes delinquent in the payment of this service charge or any Association member becomes delinquent in the payment of dues, the Association shall attempt to notify such Pilot by certified mail, return receipt requested, with a copy sent by regular U.S. mail and a copy to the Vice President-Flight Operations, that the Pilot is delinquent in the payment of such service charge or membership dues as specified herein and is subject to discharge as a Pilot of the Company. Such letter shall also notify the Pilot that the required payment must be remitted within a period of 15 days or the Pilot shall be discharged.
3. The notice of delinquency required under Paragraph D.2., shall be deemed to be received by the Pilot, whether or not it is personally received by such Pilot, when mailed by the Association's Secretary/Treasurer, or their designee, by certified mail, return receipt requested, to the Pilot's last known address or to any other address that has been designated by the Pilot. It shall be the duty of every Pilot covered by this Agreement to notify the Association of every change in home address, or of an address where the notice required by this Paragraph can be sent and received by the Pilot, if the Pilot's home address is at any time unacceptable for this purpose.
4. If, upon the expiration of the 15 day period, the Pilot still remains delinquent, the Association shall verify in writing to the Vice President-Flight Operations, copy to the Pilot, that the Pilot has failed to remit payment within the grace period allowed and is therefore to be discharged. The Company's Vice President-Flight Operations shall hereupon take steps to discharge such Pilot from the service of the Company.
5. A grievance by a Pilot who is to be discharged as the result of an interpretation or application of the provisions of this section shall be subject to the following procedure:

Case 2:14-cv-01441-RTR Filed 02/09

9/15 Page 11 of 11 Document 24-14

*A Pilot may grieve discharge under this Section.*

a. A Pilot who believes that the provisions of this Section have not been properly interpreted or applied as it pertains to the Pilot may submit a request for review in writing within 5 days from the date of notification by the Vice President-Flight Operations as provided in Paragraph 4 above. The request must be submitted to the Vice President-Flight Operations, or their designee, who shall review the grievance and render their decision in writing no later than 5 days following receipt of the grievance.

b. The Vice President-Flight Operations, or their designee, shall forward their decision to the Pilot, with a copy to the Association. Said decision shall be final and binding on all interested parties unless appealed, as hereinafter provided. If the decision is not satisfactory to either the Pilot or the Association, then either may appeal the decision within 10 days from the date of the decision directly to a neutral referee who may be agreed upon by the Pilot and the Association within 10 days thereafter. In the event the parties fail to agree upon a neutral referee within the specified period, either the Pilot or the Association may request the National Mediation Board to name such neutral referee. The decision of the neutral referee shall be final and binding on all parties to the dispute. The fees of such neutral referee shall be borne equally by the Pilot and the Association.

6. During the period a grievance is being handled under the provisions of this section, and until final award by the Vice President-Flight Operations, or their designee, or the neutral referee, the Pilot shall not be discharged from the Company nor lose any seniority rights because of noncompliance with the terms and provisions of this section. A decision shall be deemed final when the time for appeal has expired.

   a. A Pilot discharged by the Company under the provisions of this Paragraph shall be deemed to have been "discharged for cause" within the meaning of the terms and provisions of this Agreement.

   b. It is agreed that the Company shall not be liable for any time or wage claim of any Pilot discharged by the Company pursuant to a written order by any authorized Association representative under the terms of this Paragraph.