UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **MIDWEST PILOTS MERGER COMMITTEE,** <br> **CARL SCHWERMAN,** <br> **DONALD TILL,** <br> *and* <br> **MARK E. WARD,** <br>     *Plaintiffs*, <br><br> *v.* <br><br> **FRONTIER AIRLINES, INC.** <br>  *and* <br> **FRONTIER AIRLINE PILOTS ASSOCIATION,** <br>     *Defendants.* | Civil Action No. 2:14-cv-01441-RTR |

## ORDER

Upon consideration of a Motion by plaintiffs pursuant to Rule 15(a)(2), Fed. R. Civ. P., to amend their complaint to withdraw Carl Schwerman from this litigation and to substitute Craig A. Moffatt (in his capacity as Chairperson of plaintiff Midwest Pilots Merger Committee) as a plaintiff; upon considering defendants' positions; and it appearing to this Court that the Motion should be GRANTED, it is hereby

***ORDERED***, that plaintiffs' Motion to Amend is GRANTED and the Clerk of this Court is directed to file the proposed complaint that plaintiffs have lodged with their motion.

DATE:                  United States District Judge