UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

MIDWEST PILOTS MERGER COMMITTEE,

CARL SCHWERMAN, in his Capacity as Chairperson of the MIDWEST PILOTS MERGER COMMITTEE,

DONALD TILL, in his Individual Capacity and in his Capacity as Vice Chairperson of the MIDWEST PILOTS MERGER COMMITTEE,

and

MARK E. WARD,

        Plaintiffs,

    -against-

FRONTIER AIRLINES, INC.,

and

FRONTIER AIRLINE PILOTS ASSOCIATION,

        Defendants.

Case No. 14-cv-01441-RTR

---

### DEFENDANT FRONTIER AIRLINES, INC.'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO AMEND THEIR COMPLAINT TO SUBSTITUTE A PLAINTIFF

For all of the reasons set forth in the Memorandum of Law of Defendant Frontier Airline Pilots Association in Opposition to Motion by Plaintiffs for Leave to Amend Their Complaint to Substitute a Plaintiff (Docket No. 29), which Frontier agrees with and incorporates by reference, Defendant Frontier Airlines, Inc. opposes the Motion by Plaintiffs for Leave to Amend Their Complaint to Substitute a Plaintiff (Docket No. 28).

Dated: March 18, 2015                                  Respectfully submitted,

        /s/ Robert A. Siegel
        Robert A. Siegel
        O'MELVENY & MYERS LLP
        400 South Hope Street
        Los Angeles, California 90071
        Telephone: (213) 430-6000
        Facsimile: (213) 430-6407
        E-mail: rsiegel@omm.com

        Mark W. Robertson
        O'MELVENY & MYERS LLP
        Times Square Tower
        7 Times Square
        New York, New York 10036
        Telephone: (212) 326-2000
        Facsimile: (213) 326-2061
        E-mail: mrobertson@omm.com

        Jennifer L. Ciralsky (SBN 1068092)
        LITTLER MENDELSON, P.C.
        111 East Kilbourn Avenue, Suite 1000
        Milwaukee, Wisconsin 53202-4108
        Telephone: (414) 291-5536
        Facsimile: (414) 291-5526
        E-mail: jciralsky@littler.com

        *Attorneys for Frontier Airlines, Inc.*