UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **MIDWEST PILOTS MERGER COMMITTEE**, *et al.* <br> *Plaintiffs,* <br> v. <br> **FRONTIER AIRLINES, INC.** <br> and <br> **FRONTIER AIRLINE PILOTS ASSOCIATION,** <br> *Defendants.* | Civil Action No. 2:14-cv-01441-RTR |

**ORDER**

Upon consideration of an unopposed motion by plaintiffs to dismiss with prejudice Count I of the complaint pursuant to Rule 41(a)(2), Fed. R. Civ. P., following a settlement of Count I and a withdrawal of plaintiffs' motion for partial summary judgment, and upon consideration of a motion by plaintiffs and defendants to stay further consideration of Count II of the complaint until the arbitrator whom the parties have selected in their settlement of Count I renders his rulings, and it appearing to the Court that the motion should be granted, it is hereby

**ORDERED**, that Count I of the Complaint is dismissed with prejudice; it is

**FURTHER ORDERED** that Count II of the Complaint and the pending motions to dismiss Count II are stayed pending notification by the parties that the arbitrator selected pursuant to the settlement of Count I has rendered his rulings; and it is

**FURTHER ORDERED** that the parties are to report to this Court by the earlier of the date the arbitrator issues his rulings, or June 29, 2015, the status of the arbitration.

DATE: March 30, 2015

United States District Judge