UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

**MIDWEST PILOTS MERGER COMMITTEE,**
**CARL SCHWERMAN, DONALD TILL,**
**MARK E. WARD,**

      Plaintiffs,

-vs-                        Case No. 14-C-1441

**FRONTIER AIRLINES, Inc.,**
**FRONTIER AIRLINE PILOTS ASSOCIATION,**

      Defendants.

---

## DECISION AND ORDER

On March 30, the Court entered a stipulation which stayed this case and dismissed Count I of the complaint with prejudice. As a result, the pending motion for partial summary judgment on Count I [ECF No. 21] is **DENIED** as moot. The remaining motions [ECF Nos. 13, 16, and 28] will remain pending until the stay expires.

Dated at Milwaukee, Wisconsin, this 1st day of June, 2015.

                            SO ORDERED:

                            */s/ Rudolph T. Randa*
                            HON. RUDOLPH T. RANDA
                            U.S. District Judge