UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| MIDWEST PILOTS MERGER COMMITTEE, *et al.*     *Plaintiffs*, <br> v. <br><br> FRONTIER AIRLINES, INC. <br>    and <br> FRONTIER AIRLINE PILOTS ASSOCIATION, <br>     *Defendants*. | ) ) ) ) ) **Civil Action No. 2:14-cv-01441-RTR** ) ) ) ) ) ) ) ) |

**STATUS REPORT**

This pleading is submitted by plaintiffs Midwest Pilots Merger Committee, *et al.*, to inform this Court that on June 23, 22015, Arbitrator Eischen issued his ruling on the threshold issue presented to him, finding that the Dispute Resolution Agreement no longer applied to defendants Frontier Airlines, Inc. and Frontier Airline Pilots Association. A copy of that ruling is attached hereto as Attachment A.

                                                                       Respectfully Submitted,

                                                                         /s/ John O'B. Clarke, Jr.
                                                                         John O'B. Clarke, Jr.
                                                                         HIGHSAW, MAHONEY & CLARKE, P.C.
                                                                         4142 Evergreen Drive
                                                                         Fairfax, VA 22032-1018
                                                                         Phone: (202) 296-8500
                                                                         Email: jclarke@highsaw.com

Date: June 26, 2015                                             Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that I have this 26th day of June 2015 caused the Status Report to be served upon counsel for defendants through the Court's Electronic Filing System.

                                               /s/ John O'B. Clarke, Jr.
                                               John O'B. Clarke, Jr.