UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **MIDWEST PILOTS MERGER COMMITTEE**, *et al.* | ) ) |
| *Plaintiffs*, | ) |
| v. | ) Civil Action No. 2:14-cv-01441-RTR |
| | ) |
| **FRONTIER AIRLINES, INC.** *and* **FRONTIER AIRLINE PILOTS ASSOCIATION**, | ) ) ) ) |
| *Defendants*. | ) ) ) |

**PLAINTIFFS' RULE 41(a)(1)(A)(ii) NOTICE OF DISMISSAL**

Plaintiffs (the Midwest Pilots Merger Committee (MPMC), two of its officers, and Mark E. Ward) hereby notify this Court pursuant to Rule 41(a)(1)(A)(ii), Fed. R. Civ. P., and the March 27, 2015 Settlement Agreement, that it dismisses with prejudice the remaining Count of its Complaint against defendants, with each side to bear its own costs.

Respectfully Submitted,

/s/ John O'B. Clarke, Jr.
John O'B. Clarke, Jr.
HIGHSAW, MAHONEY & CLARKE, P.C.
4142 Evergreen Drive
Fairfax, VA 22032-1018
Phone: (202) 296-8500
Email: jclarke@highsaw.com

Date: July 2, 2015           Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that I have this 2nd day of July, 2015, caused this Notice of Dismissal to be served upon counsel for defendants through the Court's Electronic Filing System.

/s/ John O'B. Clarke, Jr.
John O'B. Clarke, Jr.